UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DONOVAN LAMONTE HALEY,

 Plaintiff,

v.

B. ANGUIANO et al.,

 Defendants.

Case No. 2:23-cv-00582-SB-E

ORDER ACCEPTING  FINDINGS,
CONCLUSIONS AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made.  In his objections, Plaintiff argues (among other things) that no probable cause existed for his arrest, claiming that the victim of the alleged assault never gave a statement, that Defendants fabricated a report, that he maintained his innocence, and that he was not prosecuted for the assault.  Plaintiff also objects, without explanation, to the finding that Defendants are entitled to qualified immunity, contends that his motion for leave to file a fourth amended complaint is meritorious because of delays in discovery, and summarily objects to "any and all findings" because he was held in custody.  These objections are without merit.  The evidence submitted with the motion for summary judgment demonstrate probable cause, including photographs of the victim's facial injuries and evidence that Plaintiff had admitted to punching the victim.  *See* Dkt. No. 61-1 at 3–4; Dkt. No. 61-3 ¶ 8;  Dkt. No. 61-3 at 12–19.  His objection that his fourth amended complaint should be allowed due to delayed discovery was already raised in his motion for leave and addressed in the R&R.  *See* Dkt. No. 64 at 2 (seeking to add a party and claim on the grounds that he recently "bec[a]me aware" of information received in discovery); Dkt. No. 76 at 17–19 (addressing Plaintiff's

1

2

request to add party and claim).  His other objections, which are entirely conclusory, are likewise without substance.  Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the motion for summary judgment is granted; (2) the motion for leave to file a Fourth Amended Complaint is denied; and (3) Judgment shall be entered in favor of Defendants.

Date: July 17, 2024

Stanley Blumenfeld, Jr.
United States District Judge

2