JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN LAMONTE HALEY, | Case No. 2:23-cv-00582-SB-E |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| B. ANGUIANO et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Judgment is entered in favor of Defendants.

Date: July 17, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1